EMMA W. MENDELS, Respondent, *v.* CHARLES J. DAY et al., Appellants.

*Wright* v. *Day*, 135 App. Div. 915 appeal dismissed.
(Argued March 14, 1910; decided March 22, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1909, affirming a judgment

in favor of plaintiff entered upon a decree of the court on trial at Special Term in an action to set aside a mortgage.

The motion was made upon the ground that the appeal was frivolous.

*De Witt Bailey* for motion.

*W. C. Beecher* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.